United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CALARIELL JOHNSON, § § § *Plaintiffs*, § VS. § CIVIL ACTION NO. 4:25-cv-0560 § SELECT PORTFOLIO SERVICING, INC, § HONEST LAND, LLC, § § *Defendants*. § § § | |

### ORDER

Pending before the Court is Plaintiff' Calariell Johnson's Emergency Motion for a Preliminary Injunction, (Doc. No. 72). In her motion, Plaintiff Calariell Johnson affirmatively pleaded that the property at issue was in a trust and that she did not hold title at the time of the foreclosure sale on May 6, 2025. (Doc. No. 72 at 2). Without a legal interest in the property, the Court finds that Plaintiff has not shown a likelihood of success on the merits of her underlying claims and therefore fail to establish the requisite elements of a preliminary injunction. *See Canal Auth. of St. of Fl. v. Callaway*, 489 F.2d 567, 572 (5th Cir. 1974) Plaintiff's motion is therefore **DENIED**. (Doc. No. 72).

Also before the Court is Plaintiff's Motion for Default Judgment against Honest Land, (Doc. No. 74) and Motion to Expedite Ruling on the Motion for Default Judgment, (Doc. No. 75). As Honest Land has filed an Answer to Plaintiff's claims, (Doc. No. 77), Plaintiff's Motion for Default Judgment is **DENIED**. (Doc. No. 74). Plaintiff's Motion to Expedite the Court's ruling is likewise **DENIED** as moot. (Doc. No. 75).

Signed this 2nd day of September 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE